# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| MINDEN PICTURES, INC., | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:25-cv-02183-SHL-atc |
| APEX WILDLIFE CONTROL, LLC, | ) ) | |
| Defendant. | ) ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's complaint (ECF No. 1), filed February 19, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the joint Stipulation of Dismissal with Prejudice (ECF No. 30), filed August 20, 2025,[1] all of Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE


August 20, 2025
Date

---

[1] The parties originally submitted their stipulation of dismissal on August 19. (ECF No. 28.) However, only Plaintiff's counsel signed the first stipulation.  (See id. at PageID 83.)  The second stipulation is signed by all parties as required by Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (See ECF No. 30 at PageID 85.)